| **Information to identify the case:** | |
|---|---|
| Debtor 1: Kenneth Clark (First Name Middle Name Last Name) | Social Security number or ITIN xxx–xx–8092<br>EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing): Glenda Clark (First Name Middle Name Last Name) | Social Security number or ITIN xxx–xx–1648<br>EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | |
| Case number: 14–11885–KCF | |

## Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kenneth Clark                                      Glenda Clark

12/1/17                                            **By the court:** Kathryn C. Ferguson
                                                                United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                      United States Bankruptcy Court
                            District of New Jersey
In re:                                                      Case No. 14-11885-KCF
Kenneth Clark                                               Chapter 13
Glenda Clark
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Dec 01, 2017
                              Form ID: 3180W           Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 03, 2017.
db/jdb         +Kenneth Clark,    Glenda Clark,    21 Brattle Avenue,    Ewing, NJ 08638-2201
514506701      +Citibank (Best Buy),    PO Box 6500,    Sioux Falls, SD 57117-6500
514557206      +Department Stores National Bank/American Express,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
514506703      +FDS Bank/DSNB/Macys (Amex),    9111 Duke Blvd,    Mason, OH 45040-8999
514506705      +Saks Fifth Avenue (Capital One),    PO Box 10327,    Jackson, MS 39289-0327
514777197      +Wells Fargo Bank, NA,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 01 2017 23:51:57     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 01 2017 23:51:54     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514506698      +EDI: AMEREXPR.COM Dec 01 2017 23:38:00      AMEX,   PO Box 1270,   Newark, NJ 07101-1270
514506704       EDI: BANKAMER.COM Dec 01 2017 23:38:00      FIA Card Services,    Bankruptcy Department,
                 4161 Piedmont Parkway,    NC4-105-03-14,   Greensboro, NC 27410
514506699      +EDI: BANKAMER.COM Dec 01 2017 23:38:00      Bank of America,    1825 East Buckeye Road,
                 Phoenix, AZ 85034-4216
514518467       E-mail/Text: bankruptcy@cunj.org Dec 01 2017 23:51:49     Credit Union of New Jersey,
                 1301 Parkway Avenue,    Ewing, NJ 08628
514506702       E-mail/Text: bankruptcy@cunj.org Dec 01 2017 23:51:49     Credit Union of NJ,   PO Box 7921,
                 Ewing, NJ 08628
514506700      +EDI: CAPITALONE.COM Dec 01 2017 23:38:00      Capital One,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
514526896       EDI: RMSC.COM Dec 01 2017 23:38:00     GE Capital Retail Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
514771757       EDI: PRA.COM Dec 01 2017 23:38:00     Portfolio Recovery Associates, LLC,    c/o Best Buy,
                 POB 41067,   Norfolk VA 23541
514506706      +EDI: WFFC.COM Dec 01 2017 23:38:00      Wells Fargo,   PO Box 11701,    Newark, NJ 07101-4701
514506707      +EDI: WFFC.COM Dec 01 2017 23:38:00      Wells Fargo,   PO Box 29704,    Phoenix, AZ 85038-9704
514661411       EDI: WFFC.COM Dec 01 2017 23:38:00      Wells Fargo Bank NA,    PO Box 10438,
                 Des Moines IA   50306-0438
514779834      +EDI: WFFC.COM Dec 01 2017 23:38:00      Wells Fargo Bank, N.A.,    ATTN: Bankruptcy Dept.,
                 MAC# D3347-014,   3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Angela Catherine Pattison    on behalf of Creditor    WELLS FARGO BANK, N.A.
               angela.pattison@powerskirn.com,    ecf@powerskirn.com
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, NA
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Dec 01, 2017
                              Form ID: 3180W           Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        John   Zimnis    on behalf of Joint Debtor Glenda   Clark njbankruptcylaw@aol.com.
        John   Zimnis    on behalf of Debtor Kenneth   Clark njbankruptcylaw@aol.com.
        Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
        TOTAL: 8